# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Hoang Tran,

Petitioner,

v.

The United States of America, *et al.*,

Respondents.

Case No.: 2:25-cv-02397-APG-DJA

**Order**

This habeas corpus action was initiated, *pro se*, by Huang Tran, an immigration detainee at the Nevada Southern Detention Center, on December 3, 2025. On that date, Tran filed an application to proceed *in forma pauperis* (ECF No. 1) and a petition for writ of habeas corpus (ECF No. 1-1).

The information in the application to proceed *in forma pauperis* indicates that Tran is unable to pay the filing fee for this action. I will therefore grant his *in forma pauperis* application and grant him leave to proceed *in forma pauperis*, without payment of the filing fee. Further, I have examined Tran's petition, and I determine that it is defective, such that this action cannot proceed as is. I will grant Tran an opportunity to cure the defects.

First, it appears that, in his petition, Tran has not named all the respondents he intends to name. In his *in forma pauperis* application, Tran names as respondents the United States, Todd M. Lyons, Kerri Ann Quihuis, Kristi Noem, Pamela J Bondi, and John Mattos (ECF No. 1); in his petition, Tran names only John Mattos as a respondent (ECF No. 1-1 at 1). I will grant Tran an opportunity to file an amended petition. The amended petition must include a completed caption at the top of the first page, with all the intended respondents named.

Second, Tran has not provided enough—or any—background information, to allow me to determine whether this case warrants service on the respondents. His amended petition must include at least an outline of the events leading to his current detention.

Third, Tran's petition does not state a ground for relief. *See* ECF No. 1-1 at 7–9. His amended petition must include a statement of at least one ground for relief.

Additionally, Tran has not filed a motion for appointment of counsel (though I note that in the petition there is a request, in passing, for a public defender (ECF No. 1-1 at 1)). If Tran wishes to have counsel appointed, he may file, with his amended petition, a motion for appointment of counsel, and I will consider such motion.

**I THEREFORE ORDER** that Petitioner's Motion to Proceed *in Forma Pauperis* **(ECF No. 1) is GRANTED**. Petitioner will not be required to pay the filing fee for this action. The Clerk of Court is kindly directed to separately file the petition (ECF No. 1-1).

**I FURTHER ORDER** that Petitioner will have until and including **January 23, 2026**, to file an amended petition for writ of habeas corpus. Documents filed by Petitioner must bear the case number of this action in their captions (2:25-cv-02397-APG-DJA). The amended petition must clearly indicate in the caption that it is an "Amended Petition …" and must include the information described above. Petitioner may file a motion for appointment of counsel if he wishes for the Court to consider appointing counsel for him.

**I FURTHER ORDER** that if Petitioner does not comply with this order within the time allowed, this action may be dismissed without prejudice.

DATED: December 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE