TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HOANG KIM TRAN,<br><br>        Petitioner,<br>    v.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary United States Department of Homeland Security; MICHAEL BERNACKE, Field Director, West Valley City Office; TODD LYONS, Acting Director and JOHN MATTOS, Warden, Nevada Southern Detention Center,<br><br>        Respondents. | Case No. 2:25-cv-02397-APG-DJA<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 5)**<br><br>**(First Request)** |

Petitioner Hoang Kim Tran ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 5. At present Federal Respondents' response to the Petition is January 20, 2026. On January 15, 2026, Federal Respondents conferred with Petitioner's counsel regarding an extension of time to respond to the Petition. Petitioner's counsel agreed to a three-day extension, extending the deadline to January 23, 2026. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Petition from January 20, 2026, to January 23, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 16th day of January 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Amelia L. Bizzaro
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amelia_Bizzaro@fd.org
*Attorneys for Petitioner*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 20, 2026