**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOANG TRAN,

    Petitioner

v.

THE UNITED STATES OF AMERICA, et al.,

    Respondents

Case No.: 2:25-cv-02397-APG-DJA

**Order**

Petitioner Hoang Tran has moved to amend the briefing schedule. ECF No. 19.

I ORDER the respondents to file a response to Tran's proposal by 5:00 p.m. (PST) today, February 2, 2026.

DATED this 2nd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE