**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOANG TRAN, | Case No.: 2:25-cv-02397-APG-DJA |
| Petitioner | **Order** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents | |

I ORDER that petitioner Hoang Tran's motion to amend the scheduling order (ECF No. 19) is GRANTED.  The respondents' supplemental answer is due February 10, 2026.  Tran's supplemental reply is due February 18, 2026.

DATED this 2nd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE