# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Hoang Tran,

                Petitioner,

v.

The United States of America, *et al.*,

                Respondents.

Case No.: 2:25-cv-02397-APG-DJA

**Order Granting in Part Respondents' Motion for Extension of Time**

[ECF No. 23]

I HEREBY ORDER that the respondents' second motion for an extension of time **(ECF No. 23) is granted in part.** The respondents may file their supplemental briefing on whether the six-month detention timeframe under *Zadvydas v. Davis* is cumulative/aggregated by Friday February 13, 2026 at 4:00 p.m.

DATED: February 11, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE