**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOANG TRAN, | Case No.: 2:25-cv-02397-APG-DJA |
| Petitioner | **Order for Status Report** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents | |

Petitioner Hoang Tran is a Vietnamese citizen under a final removal order to return him to Vietnam. ECF Nos. 17-1; 17-2. He has been in the custody of U.S. Immigration and Customs Enforcement since November 14, 2025. ECF No. 17-2 at 2. He filed a petition for habeas corpus relief, alleging that his continued detention is unlawful because his removal is not reasonably foreseeable. The respondents oppose, arguing that his detention is presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because Tran has been in custody less than six months. The respondents also assert that they have requested travel documents from the Vietnamese Consulate, and once they receive the travel documents, they will deport Tran to Vietnam consistent with the removal order.

On January 28, 2026, I held a hearing on the petition and ordered the parties to file supplemental briefs regarding whether the six-month presumptively reasonable detention timeframe under *Zadvydas* is cumulative or aggregated. The respondents have filed a supplement indicating that the "Vietnamese Consulate is working on issuing the travel documents," and Tran is "scheduled to be deported at the end of this month." ECF No. 26 at 1.

I THEREFORE ORDER that by March 3, 2026, the respondents shall file a status report addressing (1) whether Tran was removed from the country, and (2) if not, the status of removal efforts, including whether the Vietnamese Consulate has issued travel documents, whether travel arrangements have been made, and when Tran is expected to be removed.  If Tran has not been removed by March 3, 2026, the respondents must produce evidence, not just attorney representations, regarding the likelihood of his removal in the reasonably foreseeable future.

DATED this 20th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE