**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOANG TRAN, | Case No.: 2:25-cv-02397-APG-DJA |
| Petitioner | **Order for Status Report** |
| v. | |
| THE UNITED STATES OF AMERICA, et al., | |
| Respondents | |

The Government has represented that petitioner Hoang Tran is scheduled to be removed from the United States to Vietnam on March 15, 2026.

I THEREFORE ORDER that by March 20, 2026, the respondents must file a status report addressing (1) whether Tran was removed from the country, and (2) if not, the status of removal efforts. If Tran has not been removed by March 20, 2026, the respondents must produce evidence, not just attorney representations, regarding the likelihood of his removal in the reasonably foreseeable future.

DATED this 10th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE